# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KENNETH R. GREENLEAF**,

  **Plaintiff,**

v.

**ATLAS COPCO COMPRESSORS, L.L.C.,** *et al.*,

  **Defendants.**      Case No. 14-cv-51-DRH

## ORDER

**HERNDON, Chief Judge:**

  The undersigned judge hereby **RECUSES** himself from all further proceedings in this case. All district judges available for civil assignment in this district have recused from this case. Thus, the undersigned chief judge hereby **REASSIGNS** this case to Magistrate Judge Stephen C. Williams to serve as presiding judge. Therefore, all further pleadings shall contain cause number **14-cv-51-SCW-PMF.**

  Should any party to object to this assignment, they must notify the undersigned by **March 4, 2014**. The Court further informs the parties that should any party object to Magistrate Judge Williams's assignment as presiding judge, an out-of-district judge shall be assigned. However, Judge Williams shall preside in the interim.

  **IT IS SO ORDERED.**

  **DATED:** February 18, 2014

Digitally signed by David R. Herndon
Date: 2014.02.18 13:11:12 -06'00'

              **CHIEF JUDGE**
              **U.S. DISTRICT COURT**