IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNETH GREENLEAF, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No.: 3:14-CV-0051-SMY-SCW |
| ATLAS COPCO COMPRESSORS, L.L.C., et al., | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTIONS *IN LIMINE* 3 & 4

***COMES NOW*** Plaintiff Kenneth Greenleaf, Sr., by and through undersigned counsel, and hereby files his Motions *in Limine*. Plaintiff respectfully moves the Court to instruct counsel for the Defendants to not mention or bring before the Court, directly or indirectly, any of the matters set forth below:

## MOTION *IN LIMINE* NO. 3

Counsel moves this Court to prohibit Defendants, its counsel and witnesses from testifying about, relying upon, or referring to any evidence or testimony concerning Plaintiff's violation of the Uniform Code of Military Justice, committed on or about November 17, 1976 while he served in the U.S. Navy. *See* Plaintiff's Military Records, at 32, attached as Exhibit A; Plaintiff's Deposition, June 17, 2014, 39:20 – 40:12, attached as Exhibit B.  First, this evidence or testimony must be excluded, as it is not admissible for any permissible purpose under FRE 404 or 609. Second, these matters are irrelevant and have no bearing on any of the claims or defenses of this action.  *See* FRE 401-402.   Third, admission of this evidence would surely confuse the issues, mislead the jury, and would unfairly prejudice the Plaintiff.  *See* FRE 403.

## MOTION *IN LIMINE* NO. 4

Counsel moves this Court to prohibit Defendants, its counsel and witnesses from testifying about, relying upon, referring to, or asserting any argument concerning Plaintiff's residence outside of the State of Illinois. These matters are irrelevant and have no bearing on any of the claims or defenses of this action. *See* FRE 401-402. This Court is the proper venue for this action pursuant to 28 U.S.C § 1391, and admission of such evidence would confuse the issues and mislead the jury. *See* FRE 403.

WHEREFORE, Plaintiff respectfully requests this Court to grant its Motions in Limine, and that Defendants, its counsel, and witnesses be instructed not to mention, state, argue, or in any other manner bring before the Court any of the matters set forth above.

Respectfully submitted,

**Vinson Law LLC**

By:    /s/ Ben A. Vinson Jr.
Ben A. Vinson Jr. #95227
Ben@vinsonlawoffice.com
4230 S. MacDill Avenue, Ste. 201
Tampa, Florida 33611
Phone: 813-839-5708
Fax: 813-839-2866
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2015, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the ECF system, sending notification to all counsel of record.

By:    /s/ Ben A. Vinson Jr.
Ben A. Vinson Jr., Esq.